THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL A. PERRY,<br><br>Plaintiff,<br><br>v.<br><br>WEBER COUNTY, et al.,<br><br>Defendants. | **ORDER ADOPTING [86] REPORT AND RECOMMENDATION TO GRANT [77] MOTION TO DISMISS**<br><br>Case No. 1:23-cv-00065-DBB-CMR<br><br>District Judge David Barlow |

The Report and Recommendation[1] issued by United States Magistrate Judge Cecilia M. Romero on March 17, 2025 recommends that the court dismiss Plaintiff Michael Perry's ("Mr. Perry") action.[2] The magistrate judge reasoned dismissal was proper because Mr. Perry failed to state any plausible claim for relief.[3] The magistrate judge advised Mr. Perry of his right to object to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).[4] Mr. Perry did not file an objection.[5] Because he filed no written objection by the specified deadline, the court reviews the Report and Recommendation for clear error.[6] Having done so, the court finds that the magistrate judge's analysis and conclusions are sound and no clear error appears on the face of the record.

---

[1] R. & R. to Dismiss Action, ECF No. 86.
[2] *Id.* at 8.
[3] *Id.*
[4] *Id.* at 10.
[5] *See* Docket.
[6] *Johnson v. Progressive Leasing*, No. 2:22-cv-00052, 2023 WL 4044514, at *2 (D. Utah June 16, 2023) (citing *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)). "[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *Port City Props. v. Union Pac. R. Co.*, 518 F.3d 1186, 1190 n.1 (10th Cir. 2008) (alteration in original) (quoting *United States v. 2121 E. 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996)).

1

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation[7] is ADOPTED. The court DISMISSES Plaintiff's action without prejudice.

Signed April 21, 2025.

BY THE COURT

_____
David Barlow
United States District Judge

---

[7] ECF No. 86.

2